Eastern District of Kentucky
F I L E D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

APR 2 1 2011

AT LEXINGTON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

CRIMINAL NO. 02-06-DLB

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                    ANNUAL ACCOUNTING FOR FUNDS
                       RECEIVED BY GARNISHMENT

ANDREW KEVIN JOYCE                         DEFENDANT/JUDGMENT DEBTOR

AND

EAST KENTUCKY BROADCASTING                                  GARNISHEE

\*    \*    \*    \*    \*    \*    \*

Comes the plaintiff, the United States of America, by and through its counsel, the United

States Attorney for the Eastern District of Kentucky, and pursuant to 28 U.S.C. 3205(c)(9)(A),

provides the attached annual accounting to the Defendant/Judgment Debtor and to the Garnishee

of funds received under the Writ of Garnishment in this case.

Objections to this accounting must be filed within 10 days following receipt. See the

attached Instructions.

                              KERRY B. HARVEY
                              UNITED STATES ATTORNEY

                    By:  _____
                         Cheryl Morgan
                         Assistant United States Attorney
                         260 West Vine Street, Ste. 300
                         Lexington, Ky. 40507
                         (859) 233-2661

1

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing Accounting for Funds

Received by Garnishment has been served by mailing same to:

East Kentucky Broadcasting
P.O. Box 2200
Pikeville, KY 41602
GARNISHEE

Andrew Kevin Joyce
Address Redacted
DEFENDANT/JUDGMENT DEBTOR NOT REPRESENTED BY COUNSEL

On this the ___21st___ day of ___April___, 2011.

Cheryl Morgan
Assistant United States Attorney

garn1 1annual
eff. FY 03

2

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Kentucky*

---

260 West Vine Street, Suite 300          (859) 865-4864
Lexington, Kentucky 40507          FAX (859) 233-2533

### INSTRUCTIONS TO DEFENDANT/JUDGMENT DEBTOR AND TO
### GARNISHEE REGARDING ACCOUNTING OF GARNISHMENT

You have received from the United States an accounting of a garnishment. The accounting is either an annual accounting of an ongoing continuing garnishment or the cumulative accounting of a garnishment which has terminated. The United States is required by law to provide to the Defendant/Judgment Debtor and to the Garnishee an accounting of all money or property the Government receives under a Writ of Garnishment.

If you believe that the accounting contains incorrect information, or if there is something else about the accounting that you do not think is right, you have a right to a court hearing regarding this matter.

In order to obtain such a hearing before the Court, you must, within 10 days from your receipt of the accounting, file a written objection to the accounting and a written request for a hearing. You must state in writing the grounds for your objection. You must file the original of your objection and request for a hearing with the Clerk of the Court. So that the Government will know you have requested a court hearing, you must also either mail or hand-deliver a copy of your objection and request for a hearing to the United States Attorney's Office, Financial Litigation Unit, 260 West Vine Street, Suite 300, Lexington, KY 40507. You must also either mail or hand-deliver a copy of your objection and hearing request to the Defendant/Judgment Debtor or to the Garnishee, as the case may be. Even though you have a right to a hearing before the Court in this matter, be advised that a hearing is probably not necessary, and in fact, may even be a waste of the Court's valuable time. The attorney for the United States has handled many cases similar to yours. The United States is well aware of your rights under the law. It is very unlikely that the attorney for the Government will dispute any legitimate objection to the accounting you may have. Your objection can probably be worked out and resolved by agreement of the parties without the need for a hearing before the Court. In order to determine whether the issue can be resolved by agreement, please telephone the attorney for the United States before you file your request for a hearing with the Court. You may telephone the United States Attorney's Office at 859-233-2661, and ask for Assistant United States Attorney, Cheryl Morgan, or Paralegal Lynne Woodrum. This office cannot give you legal advice, but we will explain your rights to you and answer your questions

Sincerely,

KERRY B. HARVEY
UNITED STATES ATTORNEY
EASTERN DISTRICT OF KENTUCKY

United States Department of Justice
Consolidated Debt Collection System

Single Liability Payment History

Report Level: KYE                    For Report Parameters: 2002A33305 ,001   ,1226035            Report Date: 04/21/2011



REVERSALS

| CDCS Nbr | 2002A33305/001 | **Name** | Joyce, Andrew | Collect Type | 6B | Court Nbr | 02-06 | Priority Code | 02 | Scheduled Payment Amount | Scheduled Payment Date | Current Liability | $203,644.64 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | BOP Deposit Nbr | Reversal Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000030 | PMNT | 12/19/2007 | CL | A | E. Ky Broadcasting C | | 7000238 | | 12/20/2007 | $385.79 |
| 000032 | PMNT | 01/04/2008 | CL | A | E Ky Broadcasting Co | | 7000253 | | 01/07/2008 | $448.64 |
| 000034 | PMNT | 01/22/2008 | CL | A | E. KY Broadcasting C | | | | 01/24/2008 | $381.17 |
| 000036 | PMNT | 02/07/2008 | CL | A | East KY Broadcasting | | 7000296 | | 02/08/2008 | $461.86 |
| 000038 | PMNT | 02/20/2008 | CL | A | E. KY Broadcasting C | | 7000320 | | 02/21/2008 | $395.78 |
| 000040 | PMNT | 03/05/2008 | CL | A | E KY Broadcasting | | 7000331 | | 03/07/2008 | $495.44 |
| 000042 | PMNT | 03/19/2008 | CL | A | E. KY Broadcasting C | | 7000362 | | 03/20/2008 | $480.11 |
| 000044 | PMNT | 04/04/2008 | CL | A | E KY Broadcasting Co | | 7000379 | | 04/07/2008 | $383.99 |
| 000046 | PMNT | 04/21/2008 | CL | A | E KY Broadcasting Co | | 7000407 | | 04/22/2008 | $294.76 |
| 000048 | PMNT | 05/05/2008 | CL | A | E. KY Broadcasting C | | 7000422 | | 05/07/2008 | $402.15 |
| 000050 | PMNT | 05/21/2008 | CL | A | E. KY Broadcasting C | | 7000454 | | 05/22/2008 | $271.84 |
| 000052 | PMNT | 06/04/2008 | CL | A | E. KY Broadcasting C | | 7000473 | | 06/05/2008 | $476.67 |
| 000054 | PMNT | 06/19/2008 | CL | A | E. KY Broadcasting C | | 7000505 | | 06/20/2008 | $274.27 |
| 000056 | PMNT | 07/07/2008 | CL | A | E. KY Broadcasting | | 7000530 | | 07/08/2008 | $358.78 |
| 000058 | PMNT | 07/21/2008 | CL | A | E. KY Broadcasting Corp | | 7000560 | | 07/22/2008 | $284.01 |
| 000060 | PMNT | 08/06/2008 | CL | A | East KY Broadcasting Corp. | | 7000593 | | 08/07/2008 | $333.74 |
| 000062 | PMNT | 08/21/2008 | CL | A | East KY Broadcasting Corp | | 7000621 | | 08/22/2008 | $286.97 |
| 000064 | PMNT | 09/05/2008 | CL | A | East Kentucky Broadcasting | | 7000640 | | 09/09/2008 | $302.27 |
| 000066 | PMNT | 09/19/2008 | CL | A | East KY Broadcasting | | 7000668 | | 09/22/2008 | $341.05 |
| 000068 | PMNT | 10/03/2008 | CL | A | East Ky Broadcasting | | 7000688 | | 10/06/2008 | $313.92 |
| 000070 | PMNT | 10/20/2008 | CL | A | East KY Broadcasting Corp | | 7000721 | | 10/21/2008 | $323.48 |
| 000072 | PMNT | 11/05/2008 | CL | A | Andrew Joyce | | 7000739 | | 11/06/2008 | $325.05 |
| 000074 | PMNT | 11/19/2008 | CL | A | East KY Broadcasting Corp | | 7000774 | | 11/20/2008 | $347.65 |
| 000076 | PMNT | 12/05/2008 | CL | A | East KY Broadcasting | | 7000794 | | 12/09/2008 | $345.91 |
| 000078 | PMNT | 12/19/2008 | CL | A | East KY Broadcasting Corp. | | 7000825 | | 12/22/2008 | $389.38 |
| 000080 | PMNT | 01/05/2009 | CL | A | Joyce | | 7000839 | | 01/06/2009 | $394.22 |
| 000082 | PMNT | 01/21/2009 | CL | A | Joyce | | 7000869 | | 01/23/2009 | $391.62 |
| 000084 | PMNT | 02/04/2009 | CL | A | Eat KY Broadcasting | | 7000883 | | 02/06/2009 | $413.35 |
| 000086 | PMNT | 02/20/2009 | CL | A | East KY Broadcasting Corp | | 7000913 | | 02/23/2009 | $391.62 |
| 000088 | PMNT | 03/04/2009 | CL | A | Joyce | | 7000925 | | 03/06/2009 | $486.38 |

United States Department of Justice
Consolidated Debt Collection System

Single Liability Payment History

Report Level: KYE

For Report Parameters: 2002A33305 ,001    ,1226035



Report Date: 04/21/2011

| CDCS NBR | 2002A33305/001 | Name Joyce, Andrew | Collect Type | 6B | Court 02-06 Nbr | Priority 02 Code | Scheduled Payment Amount | Scheduled Payment Date | Current Liability | $203,644.64 |
|---|---|---|---|---|---|---|---|---|---|---|

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000090 | PMNT | 03/19/2009 | CL | A | East Ky Broadcasting Corp | | 7000954 | | 03/20/2009 | $442.04 |
| 000092 | PMNT | 04/06/2009 | CL | A | East Ky Broadcasting | | 7000975 | | 04/07/2009 | $332.14 |
| 000094 | PMNT | 04/22/2009 | GC | H | East KY Broadcasting Corp | | 7001003 | | 04/23/2009 | $305.19 |
| 000096 | PMNT | 05/06/2009 | CL | A | East Ky Broadcasting | | 7001024 | | 05/07/2009 | $271.28 |
| 000098 | PMNT | 05/20/2009 | CL | A | Eat Ky Broadcasting | | 7001045 | | 05/21/2009 | $271.28 |
| 000100 | PMNT | 06/04/2009 | CL | A | East Ky Corp | | 7001062 | | 06/05/2009 | $384.30 |
| 000102 | PMNT | 06/19/2009 | CL | A | East ky Broadcasting corp | | 7001092 | | 06/22/2009 | $279.11 |
| 000104 | PMNT | 07/07/2009 | CL | A | East Ky | | 7001105 | | 07/08/2009 | $276.50 |
| 000106 | PMNT | 07/20/2009 | CL | A | East Ky Broadcasting Corp | | 7001137 | | 07/21/2009 | $282.58 |
| 000108 | PMNT | 08/05/2009 | CL | A | East Ky Broadcasting Corp | | 7001154 | | 08/06/2009 | $314.75 |
| 000110 | PMNT | 08/19/2009 | CL | A | East Ky Broadcasting | | 7001177 | | 08/20/2009 | $271.28 |
| 000112 | PMNT | 09/04/2009 | CL | A | East Ky Broadcasting Corp | | 7001197 | | 09/08/2009 | $349.52 |
| 000114 | PMNT | 09/21/2009 | CL | A | East Ky Broadcasting Corp | | 7001223 | | 09/22/2009 | $326.05 |
| 000116 | PMNT | 10/04/2009 | CL | A | East Ky Broadcasting Corp | | 7001237 | | 10/06/2009 | $326.05 |
| 000118 | PMNT | 10/21/2009 | CL | A | Bast Ky broadcasting Corp | | 7001260 | | 10/22/2009 | $322.57 |
| 000120 | PMNT | 11/05/2009 | CL | A | East Ky Broadcasting | | 7001277 | | 11/06/2009 | $343.44 |
| 000122 | PMNT | 11/20/2009 | CL | A | East Ky Broadcasting | | 7001302 | | 11/23/2009 | $345.18 |
| 000124 | PMNT | 12/04/2009 | CL | A | East Ky Broadcasting Corp | | 7001314 | | 12/07/2009 | $345.18 |
| 000126 | PMNT | 12/21/2009 | GC | H | East Ky Broadcasting Corp | | 7001339 | | 12/22/2009 | $373.87 |
| 000128 | PMNT | 01/06/2010 | CL | A | East Ky Broadcasting Corp | | 7001359 | | 01/07/2010 | $371.81 |
| 000130 | PMNT | 01/21/2010 | GC | H | East Kentucky Broadcasting | | 7001385 | | 01/22/2010 | $371.81 |

United States Department of Justice
Consolidated Debt Collection System



Single Liability Payment History

Report Level: KYE

For Report Parameters: 2002A33305 , 001   , 1226035

Report Date: 04/21/2011

| CDCS NBR | 2002A33305/001 | Name Joyce, Andrew | Collect Type | 6B | Court Nbr | 02-06 | Priority Code | 02 | Scheduled Payment Amount | Scheduled Payment Date | Current Liability | $203,644.64 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000132 | PMNT | 02/04/2010 | GC | H | East Ky Broadcasting | | 7001406 | | 02/05/2010 | $440.49 |
| 000134 | PMNT | 02/19/2010 | CL | A | East KY Broadcasting | | 7001426 | | 02/22/2010 | $383.11 |
| 000136 | PMNT | 03/04/2010 | GC | H | East Ky Broadcasting corp | | 7001443 | | 03/05/2010 | $402.45 |
| 000138 | PMNT | 03/19/2010 | CL | A | East Ky Broadcasting Corp | | 7001475 | | 03/22/2010 | $467.44 |
| 000140 | PMNT | 04/05/2010 | CL | A | East KY Broadcasting Corp. | | 7001488 | | 04/07/2010 | $389.20 |
| 000142 | PMNT | 04/21/2010 | GC | H | East Broadcasting Corp | | 7001513 | | 04/22/2010 | $270.96 |
| 000144 | PMNT | 05/05/2010 | CL | A | Andrew Joyce | | 7001531 | | 05/06/2010 | $266.79 |
| 000146 | PMNT | 05/19/2010 | GC | H | East Ky Broadcasting | | 7001552 | | 05/20/2010 | $289.57 |
| 000148 | PMNT | 06/04/2010 | GC | H | East Ky Broadcasting Corp | | 7001570 | | 06/07/2010 | $320.52 |
| 000151 | PMNT | 06/21/2010 | GC | H | East Ky Broadcasting Corp | | 7001595 | | 06/22/2010 | $339.65 |
| 000155 | PMNT | 07/06/2010 | GC | H | East Ky Broadcasting | | 7001612 | | 07/07/2010 | $294.09 |
| 000159 | PMNT | 07/19/2010 | GC | H | East Kentucky Broadcasting | | 7001634 | | 07/20/2010 | $294.10 |
| 000163 | PMNT | 08/04/2010 | GC | H | East Kentucky Broadcasting Company | | 7001650 | | 08/05/2010 | $405.55 |
| 000167 | PMNT | 08/19/2010 | GC | H | East Ky Broadcasting | | 7001678 | | 08/20/2010 | $260.89 |
| 000171 | PMNT | 09/03/2010 | GC | H | East Ky Broadcasting | | 7001692 | | 09/07/2010 | $446.59 |
| 000175 | PMNT | 09/20/2010 | CL | A | East Kentucky Broadcasting | | 7001720 | | 09/21/2010 | $363.13 |
| 000179 | PMNT | 10/06/2010 | GC | H | East Kentucky Broadcasting | | 7001741 | | 10/07/2010 | $450.07 |
| 000183 | PMNT | 10/20/2010 | GC | H | East Ky Broadcasting | | 7001761 | | 10/21/2010 | $382.25 |
| 000187 | PMNT | 11/05/2010 | GC | H | East Ky Broadcasting | | 7001776 | | 11/08/2010 | $461.37 |
| 000191 | PMNT | 11/19/2010 | CL | A | East Ky Broadcasting | | 7001793 | | 11/22/2010 | $374.43 |
| 000195 | PMNT | 12/06/2010 | GC | H | East Ky Broadcasting | | 7001811 | | 12/07/2010 | $464.32 |
| 000199 | PMNT | 12/20/2010 | GC | H | East Ky Broadcasting | | 7001736 | | 12/21/2010 | $439.63 |
| 000204 | PMNT | 01/05/2011 | CL | A | East Ky Broadcasting | | 7001857 | | 01/06/2011 | $483.01 |

United States Department of Justice
Consolidated Debt Collection System

Single Liability Payment History

For Report Parameters: 2002A33305 ,001    ,1226035

| CDCS NBR | 2002A33305/001 | Name Joyce, Andrew | | Collect Type | 6B | Court Nbr 02-06 | Priority Code | 02 | Scheduled Payment Amount | Scheduled Payment Date | Current Liability | $203,644.64 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000208 | PMNT | 01/19/2011 | GC | H | East Ky Broadcasting | | 7001879 | | 01/20/2011 | $435.09 |
| 000212 | PMNT | 02/04/2011 | GC | H | East Ky Broadcasting | | 7001895 | | 02/07/2011 | $518.78 |
| 000216 | PMNT | 02/22/2011 | GC | H | East Ky Broadcasting | | 7001922 | | 02/23/2011 | $449.02 |
| 000220 | PMNT | 03/04/2011 | GC | H | East Ky Broadcasting | | 7001935 | | 03/07/2011 | $563.50 |
| 000224 | PMNT | 03/21/2011 | GC | H | East Ky Broadcasting | | 7001964 | | 03/22/2011 | $566.18 |
| Total | | | | | | | | | | $34,677.98 |